# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | **8:05CV153** |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| $133,980.00 IN UNITED STATES | ) | |
| CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion by counsel for the claimant (Filing No. 16) for an extension of time in which to report to the court on the meeting of the parties to propose a discovery plan pursuant to Fed. R. Civ. P. 26(f).  The motion will be granted to the extent set forth below.

**IT IS ORDERED:**

1.      The motion by counsel for the claimant (Filing No. 16) is granted as set forth below.

2.      The parties are granted additional time in which to meet and confer pursuant to Fed. R. Civ. P. 26(f) and shall file their report **on or before September 6, 2005** regarding their discovery plan.

DATED this 7th day of July, 2005.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge