# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>$133,980.00 IN UNITED STATES  )<br>CURRENCY,  )<br>  )<br>    Defendant.  )  | 8:05CV153<br><br>ORDER TO SHOW CAUSE |

The records of the court show that on June 2, 2005, a letter (Filing No. 8) was sent to

**Michael J. Thoren**
**734 Asbury Avenue**
**Evanston, IL 60202**

from the Office of the Clerk directing that he register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System").

As of the close of business on August 9, 2005, the attorney has not complied with the request set forth in the letter from the Office of the Clerk.

**IT IS ORDERED** that, on or before **August 19, 2005**, attorney Michael Thoren shall register for the System or show cause by written affidavit why he cannot comply with the rules of the court.

Dated this 10th day of August, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge