**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:05CV153** |
| vs. ) | |
| ) | **ORDER** |
| **$133,980.00 IN UNITED STATES** ) | |
| **CURRENCY,** ) | |
| ) | |
| **Defendant.** ) | |

The pretrial conference previously set for March 6, 2006, at 10:00 a.m. is cancelled and is **rescheduled for March 10, 2006, at 9:00 a.m. Central Standard Time** before the undersigned magistrate judge. The pretrial conference will be a **telephonic** conference. The plaintiff will initiate the conference. Counsel for the claimant will contact the court and the plaintiff with a telephone number where he may be reached.

**IT IS SO ORDERED.**

DATED this 6th day of March, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge